**YOUNG BOK SONG, Plaintiff–Appellant,**

v.

**James WELCH, Police Officer; Michael Fitzgerald, Police Officer; Roberto Rivera, Police Officer, Defendants–Appellees.**

No. 11–6156.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 24, 2011.

Young Bok Song, Appellant Pro Se. James Carlton Thornton, Parker, Poe, Adams & Bernstein, LLP, Raleigh, North Carolina, for Appellees.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Young Bok Song appeals the district court's order denying his motion to continue and to compel the U.S. Marshal to locate and serve Rivera. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Song v. Welch,* No. 5:09–cv–00072–D (E.D.N.C. Jan. 13, 2011). We deny Song's motion to place the appeal in abeyance pending his review of his informal opening brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*